**Jose CHABOLLA–DELGADO, Petitioner,**

**v.**

**IMMIGRATION AND NATURALIZA-
TION SERVICE, Respondent.**

**No. 21676.**

United States Court of Appeals
Ninth Circuit.

Oct. 16, 1967.

David C. Marcus, Los Angeles, Cal.,
for petitioner.

William M. Byrne, Jr., U. S. Atty.,
Herbert M. Schoenberg, Asst. U. S.
Atty. (argued), Los Angeles, Cal., Ramsey Clark, Atty. Gen. of U. S., Washington, D. C., Steve Suffin, Atty., I.N.S.,
San Francisco, Cal., Joseph Sureck, Regional Counsel, I.N.S., San Pedro, Cal.,
for respondent.

Before MERRILL and ELY, Circuit
Judges, and BYRNE, District Judge.

PER CURIAM:

Petitioner seeks review of an order of
deportation affirmed by the Board of
Immigration Appeals. He was found
subject to deportation under § 241(a)
(11) of the Immigration and Nationality
Act, 8 U.S.C. § 1251(a) (11), in that
he had been convicted of a violation of
§ 11530 of the California Health and
Safety Code, relating to the illicit possession of marijuana.

Petitioner contends that he was
not "convicted" since, after finding him
guilty of the charged offense, the state
court had suspended sentence and placed
him on probation. We have consistently
held to the contrary. Gutierrez v. I.N.S.,
323 F.2d 593 (9th Cir.1963), cert. denied
377 U.S. 910, 84 S.Ct. 1171, 12 L.Ed.2d
179 (1964); Wood v. Hoy, 266 F.2d
825 (9th Cir.1959); Arrellano-Flores
v. Hoy, 262 F.2d 667 (9th Cir.1958),
cert. denied, 362 U.S. 921, 80 S.Ct. 673,
4 L.Ed.2d 740 (1960). See also Kelly
v. I.N.S., 349 F.2d 473 (9th Cir.), cert.
denied, 382 U.S. 932, 86 S.Ct. 326, 15
L.Ed.2d 344 (1965); Garcia-Gonzales v.
I.N.S., 344 F.2d 804 (9th Cir.), cert.
denied, 382 U.S. 840, 86 S.Ct. 88, 15
L.Ed.2d 81 (1965).

Petitioner contends that deportation under the circumstances of this
case constitutes cruel and unusual punishment. Deportation is not punishment
within the meaning of the Eighth
Amendment, Bugajewitz v. Adams, 228
U.S. 585, 591, 33 S.Ct. 607, 57 L.Ed. 978
(1913), and is civil, not criminal, in
nature. Woodby v. I.N.S., 385 U.S. 276,
285, 87 S.Ct. 483, 17 L.Ed.2d 362 (1966);
Harisiades v. Shaughnessy, 342 U.S. 580,
594, 72 S.Ct. 512, 96 L.Ed. 586 (1952).

The order of deportation is affirmed.